[Nos. 40126-6-II; 40756-6-II.   Division Two.   December 20, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY DARNELL DUNOMES, *Appellant*.

*In the Matter of the Personal Restraint of* LARRY DARNELL DUNOMES, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-02399-2, James R. Orlando, J., entered December 18, 2009, together with a petition for relief from personal restraint. Judgment *affirmed in part* and *remanded with instructions* and petition *denied* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J.; Quinn-Brintnall, J., concurring in the result only.

[No. 40310-2-II.   Division Two.   December 20, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY FITZGERALD WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-03656-9, Rosanne Buckner, J., entered January 8, 2010. *Reversed in part* and *remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Worswick, J.

[No. 40584-9-II.   Division Two.   December 20, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ARLINE DORIS RUNYON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-1-00354-5, James E. Warme, J., entered February 26, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Worswick, J.